# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>LIONEL LEE WEEKS,<br><br>Defendant. | CR-15-50-GF-BMM<br><br><br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 22, 2021. (Doc. 54.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on February 18, 2021. (Doc. 51.) The United States accused Weeks of violating his conditions of supervised release by using methamphetamine on two separate occasions. (Doc. 45.)

At the revocation hearing, Weeks admitted that he had violated the conditions of his supervised using methamphetamine on two separate occasions. (Doc. 51.)  Judge Johnston found that the violation Weeks admitted proved to be serious and warranted revocation, and recommended that Weeks receive a custodial sentence of 3 months, with 45 months of supervised release to follow. He also recommended that Weeks serve the first 60 days of supervised release in a secure inpatient drug treatment facility as directed by his probation officer. (Doc 54.)  Weeks was advised of his right to appeal and his right to allocute before the undersigned.  (Doc. 51.)  The violations prove serious and warrant revocation of Weeks' supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 54) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Lionel Lee Weeks be sentenced to the custody of the United States Bureau of Prisons for 3 months, with 45 months supervised release to follow with the first 60 days of supervised release in a secure inpatient drug treatment facility as directed by his probation officer.

DATED this 2nd day of March, 2021.

_____
Brian Morris, Chief District Judge
United States District Court