# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LIONEL LEE WEEKS,<br><br>Defendant. | CR 15-50-GF-BMM-JTJ<br><br>**ORDER** |

The United States Probation Office filed a Petition on December 13, 2021, requesting that the Court revoke Defendant Lionel Weeks's supervised release. (Doc. 60). The Court commenced a revocation hearing on December 28, 2021. Weeks admitted all of the alleged violations. The Court stated that it would continue the sentencing portion of the hearing for approximately 90 days. The Court stated that Weeks would be released from custody pending his sentencing hearing, subject to certain conditions.

Accordingly, IT IS HEREBY ORDERED:

1. The Court will conduct the sentencing portion of Weeks's revocation hearing at 1:30 p.m. on April 5, 2022, at the Missouri River Courthouse in Great Falls, Montana.

3. Weeks shall be released from custody pending his sentencing hearing.

Weeks must comply with the release conditions imposed previously and the following new condition:

    a.    Weeks shall be restricted to his residence at all times except for activities pre-approved by the United States Probation Office.

DATED this 29th day of December, 2021.

                                                         John Johnston
                                                         United States Magistrate Judge