IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LIONEL LEE WEEKS,<br><br>Defendant. | CR-15-50-GF-BMM<br><br><br><br>ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on April 12, 2022. (Doc. 76.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on April 12, 2022. (Doc. 74.) The United States accused Weeks of violating his conditions of supervised release 1) by possessing a taser; 2) by using methamphetamine on two separate occasions; 3) by violating the terms of his home confinement; and 4) by consuming alcohol. (Doc. 71.)

At the revocation hearing, Weeks admitted that he had violated the conditions of his supervised 1) by using methamphetamine on two separate occasions; 2) by knowingly associating with a convicted felon without obtaining the prior approval of his probation officer on two separate occasions; and 3) by consuming alcohol on two separate occasions. (Doc. 74.)  Judge Johnston found that the violations Weeks admitted proved to be serious and warranted revocation, and recommended that Weeks receive a custodial sentence of 14 months, with no supervised release to follow. (Doc. 76.)  Weeks was advised of his right to appeal and his right to allocute before the undersigned and waived those rights. (Doc. 74.)  The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 76) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Lionel Lee Weeks be sentenced to the Bureau of Prisons for 14 months, with no supervised release to follow.

DATED this 14th day of April,  2022.

Brian Morris, Chief District Judge
United States District Court