# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 15-50-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| LIONEL LEE WEEKS, | |
| Defendant. | |

The Defendant Lionel Lee Weeks' having filed an Unopposed Motion to Amend Judgment and good cause appearing; IT IS HEREBY ORDERED the written Judgment, (Doc. 78), be AMENDED to contain a recommendation to FMC Rochester. IT IS HEREBY FURTHER ORDERED that an Amended Judgment shall issue concurrently with this Order.

DATED this 18th day of April, 2022.

Brian Morris, Chief District Judge
United States District Court